No. 68435.—Daprato Statuary Co. *v.* United States, protest 60/29436 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of compositions of Venetian mosaic figures, produced by a professional artist, and valued for their aesthetic appeal, the claim of the plaintiff was sustained.

APRIL 6, 1964

No. 68436.—Consolidated International Equipment & Supply Co. *v.* United States, protests 61/727 and 61/1600. Protests dismissed February 5, 1964. (Not published.) Plaintiff's application for rehearing denied.